IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANDREW J. POWERS, II,

    *Plaintiff*,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, AND CAPITAL
ONE, N.A.

    *Defendants*.

CIVIL NO. 3:12-cv-00369-JRS

## DEFENDANT TRANS UNION LLC'S NOTICE OF ITS UNWILLINGNESS TO PROCEED BEFORE THE MAGISTRATE JUDGE

Defendant Trans Union LLC ("Trans Union"), by counsel, hereby provides notice, as requested by the Notice of Pretrial Conference entered on July 5, 2012, and informs the Court of its unwillingness to proceed before the Magistrate Judge in this action. This pleading is being filed with the Clerk at least two (2) business days before the scheduled pretrial conference on July 26, 2012 at 9:35 a.m.

    Respectfully submitted,

/s/
Grant E. Kronenberg
Virginia Bar Number 65647
Attorney for Trans Union LLC
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile:  (804) 344-8359
gkronenberg@morrismorris.com

DATED:  July 23, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Leonard Anthony Bennett<br>lenbennett@cox.net<br>Susan M. Rotkis<br>srotkis@clalegal.com<br>Consumer Litigation Assoc PC<br>763 J Clyde Morris Blvd, Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>757-930-3662 (Fax)<br>  And<br>Dale W. Pitman<br>dale@pitmanlawoffice.com<br>The Law Offices of Dale W. Pittman, P.C.<br>112-A W Tabb St<br>Petersburg, VA  23803-2312<br>(804) 861-6000<br>(804) 861-3368 Fax<br>***Counsel for Plaintiff***<br><br>David Neal Anthony<br>david.anthony@troutmansanders.com<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>(804) 697-5410<br>(804) 698-5118 Fax<br>   And<br>Matthew Robert Jolson<br>mrjolson@jonesday.com<br>Jones Day (OH-NA)<br>PO Box 165017<br>Columbus, OH 43216-5017<br>(614) 281-3892<br>(614) 461-4198 Fax<br>***Counsel for Experian Information Solutions, Inc.*** | John Willard Montgomery, Jr.<br>jmontgomery@jwm-law.com<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA 23230<br>(804) 355-8744<br>***Counsel for Equifax Information Services, LLC***<br><br>Bryan Alan Fratkin<br>bfratkin@mcguirewoods.com<br>McGuireWoods LLP<br>901 E. Cary St.<br>Richmond, VA 23219-4030<br>(804) 775-4352<br>(804) 598-2100 Fax<br>   And<br>Evan Elizabeth Miller<br>emiller@mcguirewoods.com<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>(804) 775-1806<br>(804) 698-2131 Fax<br>***Counsel for Capital One, N.A.*** |

/s/
Grant E. Kronenberg
Virginia Bar Number 65647
Attorney for Trans Union LLC
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
gkronenberg@morrismorris.com