**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**ANDREW J. POWERS, II,**

      **Plaintiff,**

**v.**                                                                 **Civil Action No. 3:12cv369**

**CAPITAL ONE, N.A.,** *et al.***,**

      **Defendants.**

**MOTION FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT CAPITAL ONE, N.A.**

Defendant, Capital One, N.A. ("Capital One"), by counsel, submits this Motion for

Substitution of Counsel, and in support of said Motion, states as follows.

Capital One respectfully requests that the Court allow the substitution of David N.

Anthony, Esq. and the law firm of Troutman Sanders LLP, for Bryan Alan Fratkin, Esq. and

Evan Elizabeth Miller, Esq. of McGuireWoods LLP.

No party to this action will be prejudiced by the substitution requested above.  Counsel

has attached an Agreed Order Granting the Substitution as **Exhibit A**.

                      **CAPITAL ONE, N.A.**

                      By:/s/David N. Anthony
                         David N. Anthony
                         Virginia Bar No. 31696
                         *Counsel for Defendant Capital One, N.A.*
                         TROUTMAN SANDERS LLP
                         1001 Haxall Point
                         Richmond, Virginia 23219
                         Telephone: (804) 697-5410
                         Facsimile: (804) 698-5118
                         Email: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2012, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following CM/ECF participants:

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal
*Counsel for Plaintiff*

John Willard Montgomery , Jr.
Traylor Morris & Elliott PC
130 E Wythe St
Petersburg, VA 23803
Telephone: (804) 861-1122
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street, 5th Floor
Richmond, VA 23218
Telephone: 804-344-6334
Facsimile: 804-344-8359
Email: gkronenberg@morrismorris.com
*Counsel for Trans Union, LLC*

Bryan Alan Fratkin
McGuireWoods LLP
901 E Cary St.
Richmond, VA 23219-4030
Telephone: 804-775-4352
Facsimile: 804-698-2100
Email: bfratkin@mcguirewoods.com
*Counsel for Capital One, N.A.*

Evan Elizabeth Miller
McGuireWoods LLP (Richmond)
One James Center
901 East Cary St.
Richmond, VA 23219
Telephone: 804-775-1806
Facsimile: 804-698-2131
Email: emiller@mcguirewoods.com
*Counsel for Capital One, N.A.*

/s/David N. Anthony
David N. Anthony
Virginia Bar No. 31696
*Counsel for Defendant Capital One, N.A.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

20097495v1