**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

ANDREW J. POWERS, II,

    Plaintiff,

v.                                            Civil Action No. 3:12cv369

CAPITAL ONE, N.A., *et al.*

    **Defendants.**

## AGREED ORDER

COMES NOW Defendant, Capital One, N.A. ("Capital One"), to substitute David N. Anthony, Esq. of Troutman Sanders LLP for Bryan Alan Fratkin, Esq. and Evan Elizabeth Miller, Esq. of McGuireWoods LLP as counsel of record in this matter. The Court finding no prejudice to the parties, it is hereby

ORDERED that Bryan Alan Fratkin, Esq. and Evan Elizabeth Miller, Esq. of McGuireWoods LLP be, and hereby are, granted leave to withdraw as counsel of record for Capital One, and that David N. Anthony of Troutman Sanders LLP be, and hereby are, substituted as counsel for Defendant Capital One.

The Clerk of this Court send attested copies of this Order counsel of record once entered.

Entered this _____ day of September, 2012

                                                  By: _____
                                                     United States District Judge

WE ASK FOR THIS:

_____
David N. Anthony
Virginia Bar No. 31696
*Counsel for Defendant Capital One, N.A.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com


_____
Bryan A. Fratkin
Virginia State Bar No. 38933
Evan Elizabeth Miller
Virginia State Bar No. 77084
*Counsel for Defendant Capital One, N.A.*
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
Email: bfratkin@mcguirewoods.com
Email: emiller@mcguirewoods.com