**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ANDREW J. POWERS, II,**

        **Plaintiff**

v.                                                              **CIVIL NO. 3:12-cv-369-JRS**

**EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and CAPITAL ONE, N.A.,**

        **Defendants.**

**PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

    COMES NOW the Plaintiff, **ANDREW J. POWERS, II**, by counsel, and makes the following supplemental disclosures:

**I. Individuals likely to have discoverable information**

    n.     Employees of Kubota Credit Corporation, U.S.A.
              1025 Northbrook Parkway
              Suwanee, GA 30024-29967

> *All facts regarding the application for credit by Andrew Powers on or about April 14, 2010, the credit scores, credit reports and/or tri-merge credit report reviewed in connection with Plaintiff's credit application and the reasons for the denial of credit on or about April 14, 2010.*

    o.     Employees of CitiFinancial Retail Services
              2035 W. 4th Street
              Tempe, AZ 85281

> *All facts regarding the closure of Plaintiff's Grand Home Furnishings Corporate Office account on or about August 13, 2010, the credit scores, credit reports and/or tri-merge credit reports received and reviewed in connection with the credit decision and the reasons for the decision to close the Plaintiff's account on or about August 13, 2010.*

1

    p.    Employees of CitiFinancial Retail Services
2035 W. 4th Street
Tempe, AZ 85281

> *All facts regarding the application for credit for a Grand Home Furnishings account by Andy Powers on or about August 20, 2010, the credit scores, credit reports and/or tri-merge credit report reviewed in connection with Plaintiff's credit application and the reasons for the denial of credit on or about August 20, 2010.*

**II. Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental documents in his possession and control:

Plaintiff's Bate Stamp Nos. 000229 – 001110 (*forwarded to Defendant's counsel under separate cover*)

Plaintiff reserves the right to further supplement these disclosures.

                                            **ANDREW J. POWERS, II,**

                                            _____/s/_____
                                            Leonard A. Bennett, Esq.
                                            VSB #37523
                                            Attorney for Plaintiff
                                            CONSUMER LITIGATION ASSOCIATES, P.C.
                                            763 J. Clyde Morris Boulevard
                                            Suite 1-A
                                            Newport News, Virginia 23601
                                            (757) 930-3660 – Telephone
                                            (757) 930-3662 – Facsimile
                                            E-mail: lenbennett@cox.net

Susan Mary Rotkis, Esq.
VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard
Suite 1-A
Newport News, VA 23601
757-930-3660 - Telephone
Fax: (757) 930-3662 - Facsimile
Email: srotkis@clalegal.com

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

### *CERTIFICATE OF SERVICE*

I hereby certify that on this 20th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net