UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANDREW J. POWERS, II,

        Plaintiff

v.                                                      CIVIL NO.  3:12-cv-369-JRS

EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and CAPITAL ONE, N.A.,

        Defendants.

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO DESIGNATE AN EXPERT

COMES NOW the Plaintiff, with the consent of the Defendant, and pursuant to Fed. R. Civ. P. 6(b), move the Court for an Extension of Time of one week within which to designate his expert and file an expert report in this case, with a corresponding extension of one week for the Defendant Capitol One to designate its expert. Under the scheduling order in this case, the expert designation is due today. The resulting deadlines will be that the Plaintiff will file an expert designation and report on September 27, 2012, and the Defendant will file on October 4, 2012.

This extension is not sought for a dilatory or improper purpose. The date on which the Plaintiff's expert must be designated has not yet expired and the discovery period does not close until November 8, 2012. No party will be prejudiced as a result of an extension and justice will be served by granting this motion. The Defendant has consented and an agreed order is being circulated for endorsement. For these reasons, the Plaintiffs respectfully request an enlargement of time.

                                    Respectfully Submitted,

                                    /s/
                                Leonard A. Bennett, Esq., VSB #37523

Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

_____/s/_____
Susan M. Rotkis, VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601