**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ANDREW J. POWERS, II,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 3:12-cv-00369-JRS**

**EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and CAPTIAL ONE, N.A.,**

    **Defendants**

### PLAINTIFF'S 26(A)(2) EXPERT WITNESS DISCLOSURE AND DESIGNATION

COMES NOW the Plaintiff, **ANDREW J. POWERS, II**, by counsel, and discloses the following Expert Witness to testify at trial:

    Evan D. Hendricks
    P.O. Box 302
    Cabin John, MD 20818
    (301) 229 7002 - Telephone

The opinions, qualifications, basis for the opinions and other disclosures required by F.R.C.P. 26(a)(2) are contained in the Plaintiff's Rule 26(a)(2) Expert Witness Report attached to this Designation.

Respectfully submitted,

**ANDREW J. POWERS, II,**


_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Dale Wood Pittman
The Law Office of Dale Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA  23803
(804) 861-6000 – Telephone
(804) 861-3368 – Facsimile
E-mail:  dale@pittmanlawoffice.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of September, 2012, I will file the foregoing Disclosure electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

                                              /s/
                                    LEONARD A. BENNETT, VSB#37523
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    Attorney for Plaintiff
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, Virginia 23601
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    Email: lenbennett@clalegal.com